IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07-3295 |
| | ) | |
| THIRTY-SIX THOUSAND FOUR HUNDRED SIXTY-TWO ($36,462.00) AND 00/100 DOLLARS IN U.S. CURRENCY, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiff United States' Motion for Default Judgment (d/e 12).  After reviewing the Motion, the supporting documents, and the file, the Court finds:

1.   The United States has moved this Court for the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against Aminu A. Adeyemi, and all other potential claimants, known and unknown, and for the forfeiture of the Defendant;

2.   There is probable cause to believe the seized $36,462.00 in United

1

States Currency represents moneys furnished or intended to be furnished in exchange for a controlled substance or are the proceeds thereof, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., or is property involved in an attempted transaction in violation of 18 U.S.C. §§ 1956(h) and 1957, and are, therefore, subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) to the United States;

3. Service of process requirements have been met, and all potential claimants, known and unknown, have received notice by publication of the pendency of this action, and no one has timely filed a claim and answer to defend the Defendant;

4. Aminu A. Adeyemi and potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

5. On February 18, 2008, an Order (d/e 11) was entered and filed against the Defendant and Aminu A. Adeyemi and any potential claimants, known and unknown, granting the United States' Motion for Entry of Default.

THEREFORE, United States' Motion for Default Judgment (d/e 12) is ALLOWED. A judgment of default is hereby entered in favor of the

United States and against Aminu A. Adeyemi, all potential claimants, known and unknown, and the Defendant.  The Defendant is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.  All pending motions are denied as moot.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:  March 18, 2008

       FOR THE COURT:

                                       s/ Jeanne E. Scott
                                       JEANNE E. SCOTT
                                       UNITED STATES DISTRICT JUDGE